UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIZABETH M. CHRISTIE, a single person,

Plaintiff,

v.

OCWEN FEDERAL BANK,

Defendant.

Case No. C05-5172FDB

ORDER RE NOTICE OF COUNSEL'S INTENT TO WITHDRAW AND DIRECTING PLAINTIFF TO RESPOND BY 6/17/05

    Plaintiff's counsel filed a "Notice of Intent To Withdraw," a copy of which he sent to Plaintiff, and which this Court will treat as a motion to withdraw under the Local Rules.

    Counsel Ronald C. Templeton will not be allowed to withdraw until Plaintiff herself submits a document in writing stating either that she will proceed with this case pro se (acting on her own without counsel) or that she has new counsel who shall make a contemporaneous appearance. Upon such notification, Mr. Templeton will be allowed to withdraw.

    Failure of the Plaintiff to respond to this Order by no later than **Friday, June 17, 2005** will result in dismissal of this cause of action.

    The Clerk shall send a copy of this Order to Mr. Templeton and to Plaintiff at her last known address: 1853 Charleston Beach Road West, Bremerton, Washington 98366.

    SO ORDERED.

DATED this 26th day of May, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1