UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIZABETH M. CHRISTIE, a single person,

   Plaintiff,

   v.

OCWEN FEDERAL BANK,

   Defendant.

Case No. C05-5172FDB

ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO ACQUIRE NEW COUNSEL

Plaintiff's counsel moved to withdraw, and so advised Plaintiff. The Court entered an order directing Plaintiff to respond as to whether she would be proceeding pro se or with new counsel. Plaintiff has filed her timely response requesting time to employ new counsel. While the Court cannot keep this matter open indefinitely, it can grant Plaintiff some additional time.

NOW, THEREFORE, IT IS ORDERED:

1. Plaintiff is granted additional time to acquire new counsel in this matter, and shall advise the Court by having new counsel file an appearance by no later than August 5, 2005. If Plaintiff is unsuccessful in finding new counsel, she must advise the Court whether she will proceed pro se.

2. Failure of any new counsel for plaintiff to file an appearance by August 5, 2005 or of Plaintiff to advise the Court whether she will proceed pro se will result in dismissal of this cause of action.

3. Plaintiff's present counsel shall remain in the case pending the occurrence of either of the above events.

DATED this 24th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1