UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELIZABETH M. CHRISTIE, a single person,

Plaintiff,

v.

OCWEN FEDERAL BANK,

Defendant.

Case No. C05-5172FDB

ORDER DIRECTING RESPONSE RE REPRESENTATION WITHIN TEN DAYS AND GRANTING PRESENT COUNSEL LEAVE TO WITHDRAW

By order of June 24, 2005, after Plaintiff's counsel moved to withdraw, the Court granted Plaintiff additional time to August 5, 2005 to employ counsel or to inform the Court that she was proceeding pro se. Plaintiff timely responded to the Court's order and indicates that she wants to continue pro se pending the N. W. Justice Project making a decision about taking her case.

The Court has earlier stated that it cannot keep this matter open indefinitely, and it has been pending since March 10, 2005. The Court also does not want to set dates only to have new counsel come in and move to amend the schedule. The Court, therefore, will give Plaintiff ten days from the date of entry of this order to advise the Court whether the N.W. Justice Project will take the case or whether Plaintiff Christie will be proceeding pro se.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff is given TEN days from the entry of this Order to advise the Court whether the N. W. Justice Project will take the case or whether Plaintiff Christie will be proceeding pro se. Failure to respond to this Order will result in dismissal of this cause of action.

ORDER - 1

2.  Ronald C. Templeton is GRANTED LEAVE TO WITHDRAW as counsel for Plaintiff Christie.

DATED this 10th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2