UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH M. CHRISTIE, a single person,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN FEDERAL BANK,<br><br>    Defendant. | Case No. C05-5172FDB<br><br>ORDER OF DISMISSAL |

    By Order entered August 10, 2005 [Dkt. # 17], Plaintiff was ordered to advise the Court whether the N. W. Justice Project would take her case or whether she would be proceeding pro se, and the Court advised that failure to respond would result in dismissal of this cause of action. Plaintiff has failed to respond to the Court as ordered. ACCORDINGLY,

    IT IS ORDERED: This cause of action is DISMISSED.

    DATED this 15th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1